# EXHIBIT I

**In the Matter of the Arbitration Between:**

| | |
|---|---|
| **Indiana Michigan Power Company,** )<br>　　　　Employer, ) FMCS No. 180403-03207<br> )<br>　-and- ) Before Arbitrator Cynthia Stanley<br> )<br>**IBEW Local 1392,** ) Discharge of Daniel Johnson (AV-17-17)<br>　　　　Union. ) | |

**Supplemental Ruling on Back Pay**

On February 21, 2019, the arbitrator entered a make-whole order in this arbitration. The parties could not reach agreement on the details of that make-whole order. Briefs were duly submitted on or before June 7, 2019.

The Company's figures for back-pay total a negative $29,166.51. The arbitrator finds the Company's positions on back-pay to be frivolous and in bad-faith. The arbitrator ORDERS the Company to reimburse the Union for attorney's fees expended in the Supplemental Brief stage. The arbitrator finds the Union's figures to be in good order.

The Company is ORDERED to pay:

1. $233,794.67 in total back-pay, which includes straight-time, overtime, and double-time; plus

2. $22,340.19 in reimbursement for health insurance benefits; plus

3. $285.36 for one unpaid personal day; plus

4. $772.85 for the 2017 unreimbursed vacation buy-in; plus

5. $13,453.58 for the 2017 pay 2018 and 2018 pay 2019 ICP bonuses; minus

6. $10,140 in unemployment compensation received by Grievant; and minus

7. 15,655.83, which shall be deposited into Grievant's 401(k) instead of paid to Grievant directly;

For an amount of $244,850.83 with interest at 8%, equaling $19,588.07, for a total amount of $264.438.89.

The arbitrator retains jurisdiction for an additional 60 days so that briefing from both parties on attorney's fees for the Supplemental Brief period only may be submitted by email. Deadline for those submissions is June 25, 2019.

SO ORDERED this 11th day of June, 2019.

*/s/ Cynthia Stanley*
Cynthia Stanley, J.D.
Arbitrator